# 517

Argued and submitted November 20, 1998, appeal dismissed February 17, 1999

STATE OF OREGON,
*Respondent,*

*v.*

LACRECIA MICHELLE HAL,
*Appellant.*

(96-12-39650; CA A99004)

974 P2d 793

▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

▅▅▅▅▅▅▅▅▅▅▅▅

Andy Simrin, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

▅▅▅▅▅▅▅▅▅▅▅

**PER CURIAM**

Defendant appeals a judgment of conviction, challenging only the trial court's imposition of a probation sentence consecutive to a sentence that included post-prison supervision. We heard oral argument and took the case under advisement. In the meantime, defendant filed a motion in the trial court to modify the judgment to correct an error in the sentence, pursuant to ORS 138.083. The trial court allowed the motion, granting defendant the same relief that she pursues in this appeal. The appeal is therefore moot and, on that ground, is dismissed.

Appeal dismissed.